**FILED**
CLERK, U.S. DISTRICT COURT

8/18/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Luis Villegas**, <br><br> Plaintiff, <br><br> v. <br><br> **Kon Son Park;** <br> **Young Mi Park;** <br> **Kevin Kwangseok Choi;** <br> **Yeon Sook Lee**; <br> and Does 1-10, <br><br> Defendants. | Case 2:19-CV-09021-PSG-RA <br><br> [proposed] **Judgment** <br> (re: Default Judgment) |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Luis Villegas shall have JUDGMENT in his favor for $5,897.50 against defendants Kon Son Park, Young Mi Park, Kevin Kwangseok Choi and Yeon Sook Lee; and defendant Kon Son Park, Young Mi Park, Kevin Kwangseok Choi and Yeon Sook Lee are ordered to provide accessible parking spaces, accessible sales counter and accessible paths of travel outside and inside the Store at Imperial Liquor Land store located at 11401 Vermont Avenue, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: 8/18/2020     By:_____

United States District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff