| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS<br>Mark Potter, Esq., SBN 166317 |
| 2 | Dennis Price, SBN 279082<br>100 Pine St., Ste 1250 |
| 3 | San Francisco, CA 94111<br>(858) 375-7385; (888) 422-5191 fax |
| 4 | dennisp@potterhandy.com |
| 5 | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Luis Villegas,**

    Plaintiff,

v.

**Kon Son Park, et al.**

    Defendants.

Case: 2:19-cv-09021-PSG-RAO

**ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT**

Judgment Creditor hereby acknowledges full and complete satisfaction of judgment(s) in the above captioned matter. The Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment(s).

    a.  **Judgments and Renewals**

| Event | Date |
|---|---|
| Judgment | 8/18/20 |

Acknowledgment of Satisfaction of Judgment

b. **Judgment Creditor:**

| Name | Address |
|---|---|
| Scott Johnson | C/o Dennis Price, 100 Pine St. Ste 1250, San Francisco, CA 94111 |

c. **Judgment Debtor:**

| Name | Last Known Address |
|---|---|
| Kon Son Park | 1041 N Horseshoe Bnd, Walnut, CA 91789 |
| Young Mi Park | 1041 N Horseshoe Bnd, Walnut, CA 91789 |
| Kevin Kwangseok Choi | 1041 N Horseshoe Bnd, Walnut, CA 91789 |
| Yeon Sook Lee | 1041 N Horseshoe Bnd, Walnut, CA 91789 |

d. **Status of Judgment Liens with the Secretary of State**

No notice of judgment lien has been recorded with the Secretary of State.

Dated: October 13, 2022                     CENTER FOR DISABILITY ACCESS
                                            By: /s/ Dennis Price
                                            Dennis Price
                                            Attorney for Plaintiff

Acknowledgment of Satisfaction of Judgment